AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>McLaughlin, Joseph M. | **2. Court or Organization**<br><br>U.S. Court of Appeals<br>Second Circuit | **3. Date of Report**<br><br>5/15/08 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>Jan. 1, 2007 to<br>Dec. 31, 2007 |
| **7. Chambers or Office Address**<br><br>U. S. Courthouse<br>40 Foley Square<br>New York, N.Y. 10007 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | None | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | None | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 19 A 10: 25 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ,McLaughlin, Joseph M. | 5/15/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Matthew Bender, Royalty | $110,105 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | None | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | None | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ,McLaughlin, Joseph M. | 5/15/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. None | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. None | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph M. | 5/15/08 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Citigroup, Smith Barney Money Mkt. Account | A | Int. | J | T | | | | | |
| 2. Common Stock DNP Select Income Fund | E | Div. | N | T | | | | | |
| 3. USAA Tax Exempt Bond Fund | E | Div. | O | T | Buy | 4/11 07 | L | | Public Trading |
| 4. " | | | | | Buy | 10/1 07 | K | | Public Trading |
| 5. Common Stock Suburban Propane | C | Div. | K | T | | | | | |
| 6. Common Stock Citicorp | C | Div. | K | T | | | | | |
| 7. TIAA/CREF Managed Allocation Fund | E | Div. | O | T | Buy | 7/25 07 | K | | Public Trading |
| 8. TIAA/CREF Growth Equity Fund | A | Div. | J | T | | | | | |
| 9. Annual Summary State. TIAA/CREF Pension | G | Min. Dist. | P1 | V | | | | | Explanation in VIII |
| 10. Annual Summary State. Keogh | C | Min. Dist. | L | V | | | | | " |
| 11. TIAA/CREF IRA TIAA/CREF Growth FD. | B | Min. Dist. | K | V | | | | | " |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B -$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J $15,000 or less | K $15,001 - $50,000 | L =$50,001 - $100,000 | M $100,001 - $250,000 | |
| | N $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| , McLaughlin, Joseph M. | 5/15/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII
Line 9    TIAA/CREF is a retirement plan established while I was
a law teacher.  I am now taking Minimum Distribution
from this plan.

VII
Line 10  A large portion of my Keogh funds were rolled over to
TIAA/CREF in 2003. TIAA/CREF gives me a Minimum
Distribution from these funds.  I took a Minimum
Distribution from the remaining funds in 2007.

VII
Line 11   These are old IRA accounts with TIAA/CREF from which
I am now taking Minimum Distribution.

| Name of Person Reporting | D⸱ ⸱⸱⸱ort |
|---|---|
| ⸱ McLaughlin, Joseph, M. | 5/15/08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544